MEMO ENDORSED



ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2023

March 15, 2023

Amy D. Roy
T +1 617 951 7445
amy.roy@ropesgray.com

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

Re:   *Xu v. Direxion Shares ETF Trust et al.*, Civil Action No. 1:22-cv-5090

Dear Judge Caproni,

We represent Defendants Direxion Shares ETF Trust, Rafferty Asset Management, LLC, Direxion Family of Investment Companies, Daniel O'Neill, Daniel J. Byrne, Gerald E. Shanley III, Jacob C. Gaffey, Patrick J. Rudnick, Angela Brickl, Todd Kellerman, Paul Brigandi, Tony Ng, Michael Rafferty, Kathleen Rafferty Hay, Direxion Advisors, LLC, and U.S. Bancorp Fund Services, LLC in the above-referenced action. We write on behalf of all parties pursuant to the Court's order setting a conference regarding Defendants' anticipated Motion to Strike. *See* ECF No. 129.

Yesterday, the Court scheduled an in-person conference for this Friday, March 17, 2023 at 2:30 p.m. As Defendants' counsel are unable to appear before the Court at that time, we met and conferred with Plaintiffs' counsel to identify times when counsel for all parties would be available to appear before the Court in-person.

Counsel for all parties are available during the afternoon on Tuesday, March 21 and Wednesday, March 22. We also are available at the Court's convenience to discuss additional dates and times.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ *Amy D. Roy*

Amy D. Roy

cc:   All counsel (via ECF)

---

Application GRANTED. The conference scheduled for March 17, 2023, is hereby ADJOURNED to **Wednesday, March 22, 2023 at 1:30 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*[signature]*

Date: 3/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE