UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEE XU and STEPHEN M. SZYMANSKI,

                Plaintiff,

-against-                                22 **CIVIL** 5090 (VEC)

## **JUDGMENT**

DIREXION SHARES ETF TRUST; RAFFERTY
ASSET MANAGEMENT, LLC; DIREXION
FAMILY OF INVESTMENT COMPANIES;
DANIEL O'NEILL; DANIEL J. BYRNE; GERALD
E. SHANLEY, III; JACOB C. GAFFEY; PATRICK
J. RUDNICK; ANGELA BRICKL; TODD
KELLERMAN; PAUL BRIGANDI; TONY NG;
MICHAEL RAFFERTY; KATHLEEN RAFFERTY
HAY; U.S. BANCORP FUND SERVICES, LLC;
FORESIDE FUND SERVICES, LLC; and
DIREXION ADVISORS, LLC,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 25, 2023, Defendants' motion to dismiss is GRANTED as to all claims; accordingly, the case is closed.

**Dated:**  New York, New York

       August 28, 2023

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                  **BY:**     *K. Mango*

                                                                      **Deputy Clerk**