**MEMO ENDORSED**

February 28, 2024

Judge Valerie E. Caproni
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Stephen M. Szymanski
304 Summitview Loop
Cary, N.C. 27519

RECEIVED MAR 11 2024
VALERIE CAPRONI
U.S. DISTRICT JUDGE
S.D.N.Y.

22-CV-5090

Dear Judge Caproni,

I am writing to you about the case Xu v. Direxion ETF Trust et al, No. 1:2022CV05090. I (Stephen M. Szymanski) was also a plaintiff in this case. You dismissed the case on or around 8/28/2023.

I do not agree with the dismissal, however I do respect our judicial system. I do respect the methodology used to arrive at decisions in our courts. I respect you and your decision.

I believe that there are still unanswered questions relating to the trading activity associated with Direxion ETF shares. I presented my thoughts on the unusual trading activity associated

with the Direxion ETF Shares in a letter to The Securities and Exchange Commission Complaint Department. My letter was mailed on Oct. 17, 2023 and I have received confirmation of receipt by virtue of a letter from The Commission to me dated 1/9/2024.

I have enclosed a copy of the letter I sent to The SEC along with this cover letter to Your Honor. My letter to The SEC points to unusual trading activity in The Direxion Shares. Direxion Shares experienced wild price swings often uncorrelated to The prices of Securities and commodities which underlie the Direxion ETFs. I note that both conservative and aggressive investments should trade in a "Fair and Orderly Market". There are periods of trading when the price movement of Direxion Shares resembles a "Pump and Dump" scheme. "Pump and Dump" practices are not legal and disrupt what should be "Fair and Orderly Markets."

I ask that the powers that be take a close look at

The trading characteristics of Direxion Shares to assume that everyone is "playing by the rules."

Again Judge Caproni, I respect you and your judgement. I also respect our Judicial System. I do not mean to impinge upon you or our Judicial System.

Respectfully yours,
Stehn M. Szymanski

---

Application DENIED.  This case was terminated on August 28, 2023.  As a result, the Court no longer has jurisdiction over the matter.  The Clerk of Court is respectfully directed to mail a copy of this endorsement to Mr. Szymanski.

SO ORDERED.                    3/12/2024

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

October 19, 2023

PAGE 1 of 4

TO: Securities and Exchange Commission
Complaint Department
100 F. Street Northeast
Washington, DC
District of Columbia 20549-0213

From: Stephen M. Szymanski
304 Summitview Loop
Cary, NC 27519

Re: Unusual Trading Activity in ETF Ticker Symbol JNUG

Dear SEC,

I am a sophisticated investor. I invested in a risky leveraged ETF. I made my investment on an unsolicited basis. No other individual, investment professional or investment firm recommended that I purchase a leveraged ETF. Specifically, I invested in the Direxion Daily Junior Gold Miners Index 2X Shares. JNUG is the ticker symbol.

I agree that JNUG is a risky investment. However I believe that my trading activity associated with JNUG is suspect.

Please review the price movement of JNUG

From 2/21/2020, when JNUG peaked at $155.30

TO 3/20/2020 when JNUG traded at $33.40.

My more detailed comments continue on the following pages.

The price of the underlying index, namely the price of gold, warranted such extreme volatility. My belief is that price manipulation is occurred. Such volatile stock price movement can be caused by pump and dump schemes. Furthermore, Market Makers and Traders may sometimes fail to maintain a "fair and orderly market." I am writing to you to raise questions about the unusual price volatility that JNUG experienced. Again, I understand that high risk was associated with JNUG. However, all investments, whether conservative or risky, should be governed by rules associated with a "fair and orderly market" free from manipulation or other inappropriate behavior.

I was a Plaintiff in a lawsuit against Direxion that was dismissed in August 2023. Perhaps Direxion was not guilty of wrong doing. But I think that other unusual forces impacted the price movement of JNUG. I suggest that the trading activity

associated with JNUG bears looking into.

I appreciate any investigation that the SEC can make into the unusual price volatility that JNUG has experienced.

Sincerely,

*[signature]*

Stephen M. Szymanski

Phone 716-390-0478



STEPHEN SZYMANSKI
304 SUMMITVIEW LOOP
CARY, NC 27519

CERTIFIED MAIL

7022 3330 0001 3652 5798

Judge Valerie L. Caproni
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y.  10007